Diane S. SHERMAN, Plaintiff– Appellant,

v.

BELL ATLANTIC–VIRGINIA, INCOR-PORATED, Defendant–Appellee.

No. 00–2160.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 16, 2001.

Scott M. Reed, Preston & Reed, P.L.C., Virginia Beach, VA, for appellant. Betty S.W. Graumlich, G. William Norris, Jr., McSweeney, Burtch & Crump, P.C., Richmond, VA, for appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Diane S. Sherman appeals the magistrate judge's order* granting summary judgment in favor of Bell Atlantic Virginia, Inc., in this employment discrimination action in which Sherman alleged violations of the Family Medical Leave Act. We have reviewed the parties' briefs, the joint appendix, the magistrate judge's reasoning stated from the bench, and the judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Sherman v. Bell Atlantic–Virginia, Inc.,* No. CA–99–2132–2

---

* This case was decided by a magistrate judge upon consent of the parties under 28 U.S.C.A.

§ 636(c)(1) (West 1993 & Supp.2000).

(E.D.Va. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*